COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MARY BEGANSKY, Respondent, v. THOMAS PARISI, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. Young, Carswell and Davis, JJ., concur; Lazansky, P. J., and Johnston, J., dissent and vote for reversal and a new trial.

ERLAS REALTY CORPORATION, Respondent, v. THE FOURTEENTH STREET AND BROADWAY REALTY CORPORATION, Appellant.— Order denying, on condition, defendant's motion to dismiss the complaint for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

HELEN RYAN FARRELL, Also Known as HELEN RYAN, Respondent, v. VIGMAR REALTY CORPORATION and Another, Appellants, and Others, Defendants.— In an action for malicious abuse of process, order in so far as it denies motion to dismiss the second cause of action and fails or refuses to provide that all the matters set out in the complaint are *res judicata* affirmed, without costs, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

FREEPORT BEDDING COMPANY, INC., Respondent, v. MAX SOCOLOW, Appellant. — Judgment of the County Court of Nassau county in plaintiff's favor, in the sum of $303.36, in an action on an account stated and for goods sold and delivered, unanimously affirmed, with costs. ⋅ No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

DAVID FUCHS, Respondent, v. ECILA REALTY CORPORATION, and Others, Appellants.— In an action brought to set aside certain conveyances in fraud of plaintiff, a creditor, judgment modified by providing that the collateral mortgage held by defendant Max Kramer, dated February 10, 1933, is a valid and subsisting lien on the property therein described and superior to the lien of plaintiff's judgment. As so modified the judgment is unanimously affirmed, with costs to appellant Kramer against the plaintiff, and with costs to plaintiff against the other defendants. Findings of fact and conclusions of law to the contrary are reversed and new findings in support of this decision will be made. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. Settle order on notice.

GEORGE H. GARVIN, Respondent, v. BARNET BOTWINICK, Appellant.— Order denying defendant's motion for a bill of particulars in an action for malicious prosecution and libel reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event of the trial, except as to items (1) [a] and (4), which were abandoned on the appeal; the particulars to be served within five days after the entry of the order herein. In our opinion the defendant is entitled to a bill of particulars giving the information sought. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.